Fill in this information to identify your case.

United States Bankruptcy Court for the:

Eastern District of Louisiana

Case number (If known): 19-_____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Southern Pipeline Services LLC |
| 2. **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 27-2158963 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 942 Highway 90 East | |
| Number    Street | Number    Street |
| | P.O. Box |
| Raceland        LA    70394 | |
| City        State    ZIP Code | City        State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Lafourche | |
| County | Number    Street |
| | |
| | City        State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | www.southernpipelineservices.com |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding  LLP) <br> ☐ Other. Specify: _____ |

| Debtor | Southern Pipeline Services LLC | Case number (if known) | 19- |
|--------|-------------------------------|------------------------|-----|
|        | Name                          |                        |     |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

7120

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　District _____ When _____ Case number _____
　　　　　　　　　　　　　　　　MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

　　　District _____ When _____
　　　　　　　　　　　　　　　MM / DD / YYYY

　　　Case number, if known _____

| Debtor | Southern Pipeline Services LLC | Case number (if known) | 19- |
|--------|--------------------------------|------------------------|-----|
|        | Name                           |                        |     |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____

|          |        |
|----------|--------|
| Number   | Street |

_____

| City | State | ZIP Code |
|------|-------|----------|

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | Southern Pipeline Services LLC | Case number (if known) 19- |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/26/2019
        MM  /  DD  /  YYYY

✖ /s/ Corey Zeringue
Signature of authorized representative of debtor

Corey Zeringue
Printed name

Title  Manager

**18. Signature of attorney**

✖ /s/ Ryan Richmond
Signature of attorney for debtor

Date  09/26/2019
      MM   /  DD  /  YYYY

Ryan Richmond
Printed name

Richmond Law Firm, LLC
Firm name

17732 Highland Road Suite G-228
Number        Street

Baton Rouge
City

LA
State

70810
ZIP Code

(225) 572-2819
Contact phone

ryan@rjrichmondlaw.com
Email address

30688
Bar number

State

---

## WRITTEN CONSENT OF THE MEMBERS
## OF SOUTHERN PIPELINE SERVICES LLC

The undersigned, being all the members of Southern Pipeline Services LLC, a Louisiana limited liability company (the "Company"), hereby unanimously agree and consent to the adoption of the following resolutions (the "Resolutions") effective as of Tuesday, September 24, 2019:

**RESOLVED** that the members of the Company have unanimously determined that it is advisable and in the best interests of the Company that the Company file a voluntary petition seeking relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code"), in which liquidation of the Company will be sought; and the filing of such petition be, and it hereby is, authorized in all respects.

**RESOLVED** that Corey Zeringue, a member of the Company, be and is hereby appointed as the authorized signatory (the "Authorized Signatory") of the Company in connection with the Chapter 7 proceedings authorized herein.

**RESOLVED** that the Authorized Signatory be, and is hereby authorized, empowered and directed for, and in the name of, and on behalf of, the Company to execute, deliver and verify or certify a petition under Chapter 7 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Eastern District of Louisiana (the "Bankruptcy Court") at such time as the Authorized Signatory executing the same shall determine.

**RESOLVED**, that the Authorized Signatory be, and is hereby authorized, empowered and directed for, and in the name of, and on behalf of, the Company to execute and file all petitions, schedules, lists, pleadings and other papers, and any amendments or modifications of the above, and to take any and all actions that the Authorized Signatory may deem necessary, proper or desirable in connection with the Chapter 7 case.

**RESOLVED**, that Richmond Law Firm, LLC ("Richmond") be and it is hereby employed to render legal services to, and to represent the Company in connection with the Chapter 7 bankruptcy case as set forth in Richmond's engagement agreement and any other related matters in connection therewith, on such terms as the Authorized Signatory shall approve.

**RESOLVED**, that the Company shall provide Richmond with a retainer of $5,335.00, which consists of a flat fee of $5,000.00 for Richmond's attorneys' fees and costs and the applicable Chapter 7 filing fee of $335.00.

**RESOLVED**, that an Authorized Signatory be, and is hereby authorized, empowered and directed for, on behalf of, and in the name of, the Company to retain and employ other attorneys, investment bankers, accountants, restructuring

professionals, financial advisors, and other professionals to assist in the Company's Chapter 7 case on such terms as are deemed necessary, proper, or desirable.

**RESOLVED**, that the Authorized Signatory and any employees or agents (including counsel) designated by or directed by the Authorized Signatory, be, and is hereby authorized, empowered and directed to cause the Company to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities certificates or other documents, and to take such other actions, as in the judgment of an Authorized Signatory shall be necessary, proper, desirable and consistent with the foregoing resolutions and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions.

**RESOLVED** that the Authorized Signatory be, and is hereby authorized, empowered and directed to cause all fees, costs and expenses related to the consummation of the transactions contemplated by the foregoing resolutions, which any of the Authorized Signatory determines to be necessary or appropriate in order to effectuate the general intent of the foregoing resolutions, the payment of such fees, costs and expenses being conclusive evidence of such authority.

**RESOLVED** that the Authorized Signatory be, and is hereby authorized, empowered and directed to execute and deliver any and all documents and instruments deemed necessary or appropriate by the Authorized Signatory, and to take any and all such further action, in the name of and on behalf of the Company, which the Authorized Signatory determines to be necessary or appropriate in order to effectuate the general intent of the foregoing resolutions, the signature of the Authorized Signatory being conclusive evidence of such authority.

**RESOLVED** that the Authorized Signatory be and is hereby authorized, empowered and directed for, and on behalf of, and in the name of, the Company to amend, supplement, or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing Resolutions.

**RESOLVED**, that any and all actions heretofore or hereafter taken by the Authorized Signatory, employee, or agent (including counsel) of the Company within the terms of the foregoing resolutions be and they are hereby ratified, confirmed, authorized and approved as the act and deed of the Company.

**RESOLVED**, that the Authorized Signatory, be, and is hereby authorized and empowered to certify on behalf of the Company, as to all matters pertaining to the acts, transactions or agreements contemplated in any of the foregoing resolutions.

**RESOLVED**, that the undersigned members of the Company acknowledge that Richmond does not represent them, individually, but rather that Richmond

2

represents the Company, a separate and distinct juridical person, and thus, it may be in their best interests to retain separate legal counsel, individually.

**RESOLVED**, that the undersigned members are aware of and acknowledge that they may be the subject of actions under Chapter 5 of the Bankruptcy Code and/or non-bankruptcy law, and thus, it may be in their best interests to retain legal counsel, individually.

**RESOLVED**, that the undersigned members are aware of and acknowledge that they automatic stay under section 362(a) of the Bankruptcy Code does not extend to them, and thus, creditors may pursue actions against them to the extent they are co-obligors of the Company.

**READ AND UNANIMOUSLY AGREED TO:**


_____     9-24-19
Corey Zeringue, Member              Date


_____     9-24-19
Barbara Zeringue, Member            Date

3

24HR Safety
4912 Railroad Street
Deer Park, TX 77536

24HR Safety
6400 Hwy 73
Geismar, LA 70734

A Mereditch Schneider Co., LLC
P. O. Box 90730
Atlanta, GA 30364

A&E Farms of Larose LLC
13445 East Main St.
Larose, LA 70373

A. Angelette & Sons, LLC
7739 Highway 308
Lockport, LA 70374

AAA Cooper Trans.
P.O. Box 935003
Atlanta, GA 31193

AAR Electronics, Inc.
P.O. Box 4336
Houma, LA 70361

AAR Electronics, Inc.
1620 Coteau Rd
Houma, LA 70364

ACE Hardware
3951 LA-1
Raceland, LA 70394

ACME Truck Line, Inc
935 Blimp Road
Houma, LA 70363

ADT Security
P.O. Box 371878
Pittsburgh, PA 15250

AIRGAS USA, LLC
1986 Grand Calliou Rd
Houma, LA 70363

AT&T Cellular Phones
P. O. Box 6463
Carol Stream, IL 60197

AT&T Internet & Office Phones
PO Box 5019
Carol Stream, IL 60197

AT&T Teleconference
PO Box 5002
Carol Stream, IL 60197

Access Radiology
P.O. Box 60962
New Orleans, LA 70160

Action Industries, Inc.
PO Box 247
Paincourtville, LA 70391

Addiction Diesel Performance LLC
148 Thompson Road
Houma, LA 70363

Adobe
7402 Eastex Freeway
Houston, TX 77093

Affinity Immediate Care
P.O. 9010
Galveston, TX 77553

Affordable Wholesale LLC
5288 Hwy. 1
Raceland, LA 70394

Albert Kemper
21610 Britton Hill Way
Katy, TX 77449

Alex Callahan
153 B + K Court
Houma, LA 70363

Allemands Culverts, LLC
224 Central Lafourche Drive
Raceland, LA 70394

Allfax
130 James Drive East
Saint Rose, LA 70087

Allie Catz
237 Guidry St
Bourg, LA 70343

Allied Shipyard, Inc.
P.O. Box 1240
Larose, LA 70373

Ally
P. O. Box 78234
Phoenix, AZ 85062

Ally Financial
500 Woodward Avenue
10th Floor, Corp. Sec.
Detroit, MI 48226

Aluminum & Stainless, Inc.
101 Thru-Way Park
Broussard, LA 70518

Amato Law, LLC
5339 Citrus Boulevard
Apt. L368
New Orleans, LA 70123

Ameresco Solar
111 Speen Street
Suite 410
Framingham, MA 01701

American Cancer Society
250 Williams St., NW
Suite 400
Atlanta, GA 30303

American Funding
30 Park Road
Eatontown, NJ 07724

Amory HMA Physician Management
410 Gilmore Drive
Amory, MS 38821

Anaka Compeaux
606 West 13th St.
Lockport, LA 70374

Andre Callais
124 West 101st Street
Cut Off, LA 70345

Andrews Meyers
1885 Saint James Place
15th Floor
Houston, TX 77056

Angelette & Picciola, LLC
PO Box 970
Larose, LA 70373

Anthony Hardwood
P.O. Box 137
Bearden, AR 71720

Arabie Trucking Services, LLC
163 Lincoln Lane
Thibodaux, LA 70301

Arch Oilfield & Machine Shop Services, LLC
20987 Hwy 1
Golden Meadow, LA 70357

Asset Account Associated Staffing Consultants
P.O. Box 213
Houma, LA 70361

Austin Dardar
141 West 137th St.
Cut Off, LA 70345

Austyn Sikes
239 Dampeer St.
Crystal Springs, MS 39059

Auto Zone
4560 LA 1
Raceland, LA 70394

Avaya, Inc.
P.O. Box 1379
Raymond, MS 39154

Avetta
549 Timpanogos Pkwy
Building G
Orem, UT 84097

B & B Hardware & Rental
13222 West Main St.
Larose, LA 70373

B & H Fishing & Rental
296 Westside Drive
Vidalia, LA 71373

B & P Swab Services, Inc.
P.O. Box 906
Columbia, MS 39429

B & S Equipment Co., Inc
3601 Patriot Street
Harvey, LA 70058

B Clean, LLC
P. O. Box 1054
Laurel, MS 39441

BFS-USA Group LLC d/b/a Business Finance Solu
148 Camino Del Sol
Unit A
Del Valle, TX 78617

BFS-USA Group LLC d/b/a Business Finance Solu
P.O. Box 81722
Austin, TX 78708

BK Corrosion, LLC
4411 Navigation Blvd.
Houston, TX 77011

Bab's Fab, LLC
1528 Hwy 654
Gheens, LA 70355

Badger Daylighting Corp.
75 Remittance Drive
Suite 3185
Chicago, IL 60675

Badger Daylighting Corp.
8930 Motorsports Way
Brownsburg, IN 46112

Badger Daylighting Corp.
723 South Casino Center Blvd.
2nd Floor
Las Vegas, NV 89101

BankDirect Capital Finance
150 North Field Drive
Suite 190
Lake Forest, IL 60045

Barbara Zerinque
10364 Highway 1
Lot 1
Lockport
LA 70374

Barousse Equipment Repair, LLC
3901 Grilletta Ct.
Marrero, LA 70072

Barrilleaux Processing LLC
13060 LA-308
Labadieville, LA 70372

Basic Energy Services, L.P.
801 Cherry St.
Suite 2100
Fort Worth, TX 76102

Bay Area Fence
7419 N Highway 146
Baytown, TX 77523

Bayou Boat Rentals, Inc
P.O. Box 583
Des Allemands, LA 70030

Bayou Supply & Safety
24 Coquille Drive
Belle Chasse, LA 70037

Bearing Service & Supply
2576 Lester Street
Harvey, LA 70058

Beevers & Beevers LLP
210 Huey P Long Ave

Berkman Financial
40 Exchange Pl
New York, NY 10005

Best Buy
1601 Westbank Expy
Harvey, LA 70058

Blake A. Compeaux
606 West 13th St
Larose, LA 70373

Blanchard's Trailer Unlimited
5006 Hwy 311
Houma, LA 70360

Blue Cross Blue Shield
P.O. Box 650007
Dallas, TX 75265

Bluewater Rubber & Gasket
17650 Hwy 3235
Galliano, LA 70354

Bonnie Sinclair
5331 Gladeside Drive
Katy, TX 77449

Bottom Line Equipment LLC
P.O. Box 81217
Lafayette, LA 70598

Brandon Delatte
179 East 75th Street
Cut Off, LA 70345

Brazoria County Tax Office
P.O. Box 1586
Lake Jackson, TX 77566

Breaux Motel
13343 Hwy 90
Boutte, LA 70039

Breaux Petroleum Products Inc
237 N Barrios St
Lockport, LA 70374

Bret's Diesel
126 Loisland Ave
Galliano, LA 70354

Brett Clark
305 River Oaks Dr.
West Monroe, LA 71291

Brian P Biek
12410 Stafford Springs
Houston, TX 77077

Brock Hebert
237 Guidry St.
Bourg, LA 70343

Brook Angelette
14790 Highway 3235
Cut Off, LA 70345

Brown & Brown
1515 Poydras Street
Suite 1150
New Orleans, LA 70112

Bryan Orgeron
134 Antoine Drive
Lockport, LA 70374

Buckhorn Rentals, LLC
292 Equity Blvd
Houma, LA 70360

Buddy Thibodaux
133 East 50th Street
Cut Off, LA 70345

Busenlener & Johnson
2305 N. Hullen Street
Suite 10
Metairie, LA 70001

Business Merchant Funding
680 Central Ave
Cedarhurst, NY 11516

C & T Motorsports
1002 Hyland Drive
Lockport, LA 70374

C T Corporation System c/o Badget Daylighting
3867 Plaza Tower Drive
Baton Rouge, LA 70816

C.H. Robinson
P.O. Box 9121
Minneapolis, MN 55480

CAT Financial Commercial
P. O. Box 978595
Dallas, TX 75397

CFG Merchant Solutions
85 Broad Street
Floor 18
New York, NY 10004

CI Corrosion Solutions, LLC
808 Monroe St.
Kilgore, TX 75662

CNA Insurance
P.O.Box 790094
Saint Louis, MO 63179

COMDATA
5301 Maryland Way
Brentwood, TN 37027

CORRPRO
7000 A Hollister
Suite 300
Houston, TX 77040

CSC of St. Tammany Parish, Inc. c/o Home Depo
4600 Highway 22
Suite 9
Mandeville, LA 70471

Caliber Construction Services, LLC
176 Southern Comfort Lane
Lockport, LA 70374

California Contractors Supplies, Inc
7729 Burnet Avenue
Van Nuys, CA 91405

Callais Office Supply
14402 West Main
Cut Off, LA 70345

Cameron Parish Police Jury
P.O. Box 1280
Cameron, LA 70631

Capital One
15000 Capital One Drive
Richmond, VA 23238

Capital One Corporate Cards
2245 Notrh Loop 336 West
Suite B
Conroe, TX 77304

Capital One-Spark Credit Card
P.O. Box 60599
City Of Industry, CA 91716

Car Quest
13413 Highway 90
Boutte, LA 70039

Carolina Carports
187 Cardinal Ridge Trail
Dobson, NC 27017

Carrie Voisin Trosclair
403 Bayou Dulage Road
Houma, LA 70363

Cash Magic
109 S Service Rd
Raceland, LA 70394

Cash Magic
1541 Grand Caillou Rd
Houma, LA 70363

Cathodic Rectifiers, Inc.
802 Fisher Road
Longview, TX 75604

Central Lafourche Finance Inc.
4313 Hwy 1
Suite C
Raceland, LA 70394

Cerebral Palsy of LA
P. O. Box 745
Central Telethon Account, State Bank & T
Golden Meadow, LA 70357

Chabill's Tire Service
P.O. Box 2504
Morgan City, LA 70381

Chad Birkhoff
2701 Airline Drive
Suite K, #165
Metairie, LA 70001

Chaisson's Notary Service
b 103, LA-20
Schriever, LA 70395

Challenger Drilling, Inc.
P. O. Box 1988
Tomball, TX 77377

Chamber Southwest LA
P.O. Box 3110
Lake Charles, LA 70602

Champion Corrosion Products
P.O. Box 2094
Seguin, TX 78155

Chauvin Law Firm, LLC
1904 Ormond Blvd.
Suite 203
Destrehan, LA 70047

CheckPoint
21356 Marion Lane
Mandeville, LA 70471

Chem Tel Inc. Emergency Response Communicatio
1305 N. Florida Avenue
Tampa, FL 33602

Chris Foret
147 Landmark Drive
Raceland, LA 70394

City of Baton Rouge
1100 Laurel Street
Suite 104
Baton Rouge, LA 70802

City of Point Comfort
P.O. Box 497
Point Comfort, TX 77978

Clarkco Oilfield Services, Inc.
P.O.Box 341
Heidelberg, MS 39439

Clean Harbors Environmental Services
P.O. Box 3442
Boston, MA 02241

Clear Enterprise, LLC
1298 Gumpond Beall Rd.
Lumberton, MS 39455

Clovelly Management
P.O. Box 315
Lockport, LA 70374

Coast Machinery, LLC
10012 Umbehagen Lane
Baton Rouge, LA 70817

Coastal Broadcasting of Larose, Inc
11603 Hwy 308
Larose, LA 70373

Coastal Safety Management, LLC
200A Venture Blvd
Houma, LA 70360

Coburn Supply
P.O. Box 99001
Denham Springs, LA 70727

Cody Theriot
1002 Hyland Drive
Lockport, LA 70374

Compeaux's Auto Repairs, Inc.
P.O. Box 488
Cut Off, LA 70345

Complete Network Management, Inc
649 Enterprise Drive
Houma, LA 70360

Complete Occupational Health Services
13554 Highway 3235
Larose, LA 70373

Connor Perilloux
38248 Hebert Lane
Ponchatoula, LA 70454

Consolidated Pipe & Supply Co, Inc.
P. O. Box 2153
Birmingham, AL 35287

Copeland Electric Co. LLC
P.O. Box 4051
Monroe, LA 71211

Cord L. Morgan
312 East 15th St.
Crowley, LA 70526

Corey Zeringue
10364 Highway 1
Lot 1
Lockport
LA 70374

Cornelius Roundtree
2200 West Baker Rd.
Apt. #227
Baytown, TX 77521

Corporate Turnaround
95 State Route 17
Paramus, NJ 07652

Corporation Service Company c/o Lowe's
501 Louisiana Avenue
Baton Rouge, LA 70802

Corrosion & Coating Services, LLC
5858 County Road 33
Ashville, AL 35953

Cottman Transmission
14031 Hwy 90
Suite B
Boutte, LA 70039

Cox Cable
P.O. Box 61027
New Orleans, LA 70161

Crosby Dredging, LLC
17771 Highway 3235
Galliano, LA 70354

Crossfit Petal
8 Professional Parkway
Petal, MS 39465

Culvert Installation Specialties, LLC
14117 East Main
Cut Off, LA 70345

Curtis & Son
P.O. Box 767
Liberty, TX 77575

D.O.T. (Dept of Public Safety)
PO Box 61047
New Orleans, LA 70161

DAHC, LLC
2701 Airline Drive
Suite K, #165
Metairie, LA 70001

DB Services
P.O. Drawer 980
Belle Chasse, LA 70037

DISA Global Solutions, Inc.
P.O. Box 123731
Dallas, TX 75312

DRM Equipment, LLC
10702 Glenn Watts Rd
Baton Rouge, LA 70818

DSM
7301 Hwy 183 South
Austin, TX 78744

Dale's Quality Car Care
1414 Manhattan Blvd.
Harvey, LA 70058

Daniel Gonzalez
114 West 72 Street
Cut Off, LA 70345

Darien Thompson
177 Brocato Lane
Raceland, LA 70394

David's Wrecker Service, LLC
137 Linda Street
Lockport, LA 70374

Days Inn & Suites
15765-10 E. Fwy
Channelview, TX 77530

Dean Cowart
36 London Street South
Lucedale, MS 39452

Destroy the Box
2819 Manor Ridge Ct.
Katy, TX 77494

Devin Dardar
141 West 137th Street
Cut Off, LA 70345

Dixie Mat LLC
2438 Highway 98 East
Columbia, MS 39429

Dixie Office Products
3760 Airline Drive
Metairie, LA 70001

Dixie Oilfield
P.O. Box 2711
Laurel, MS 39442

Doggett
10110 Daradale Ave.
Baton Rouge, LA 70816

Domingue, Szabo & Associates, Inc.
102 Asma Boulevard
Suite 305
Lafayette, LA 70508

Don's Machine Shop
1304 Canal Blvd
Thibodaux, LA 70301

Don's Wholesale
7227 Johnston Street
Lafayette, LA 70503

Donlin Construction, LLC
P.O. Box 691
Larose, LA 70373

Donlin Construction, LLC
140 Bayou Portuguese Drive
Larose, LA 70373

Double Oak Garden Center
150 Highway 654
Mathews, LA 70375

Drew R. Breeland
24 Gravel Pit Road
Sandy Hook, MS 39478

Driveline-N-Automotive
6515 Jefferson Hwy.
Harahan, LA 70123

Dufrene Industries, LLC
114 Cadow Street
Paradis, LA 70080

Dustin Vegas
12203 West Ave B
Cut Off, LA 70345

Dylan J Lemoine
17001 Bentons Ferry Avenue
Greenwell Springs, LA 70739

E & L Enterprises
120 Airport Road
Galliano, LA 70354

EDC Trucking
3306 Highway 586
Oak Grove, LA 71263

ES&H Consulting Services, Inc.
2802 Flintrock Trace
Austin, TX 78738

Eagle Industrial Equipment
P.O. Box 616
Lockport, LA 70374

Earl's Transmission Services & Auto
2710 Highway 1
Raceland, LA 70394

Effective Solar Products, LLC.
P.O. Box 584
Lockport, LA 70374

Ellendale Country Club, Inc.
P.O. Box 22
Houma, LA 70361

Emery Equipment
12181 Airline Highway
Baton Rouge, LA 70817

Emtek Matting Solutions, LLC
P.O. Box 137
Bearden, AR 71720

Energes Hydro
1328 E. 18th Street
Greeley, CO 80631

Entergy
446 North Boulevard
Baton Rouge, LA 70802

Entergy
P.O. Box 8108
Baton Rouge, LA 70891

Equipco
1793 Julia Street
New Orleans, LA 70113

Eric Adams Welding Service, LLC
136 Widow Landrum Road
Ovett, MS 39464

Everest Business
2001 NW 107th Avenue
3rd Floor
Miami, FL 33172

Excel Tire Service
1708 Paul Maillard Road
Boutte, LA 70039

Expansion Capital Group
5020 S. Broadband Lane
Suite 100
Sioux Falls, SD 57108

Express Supply & Steel
P.O. Box 5091
Houma, LA 70361

Fab-Con, Inc.
P.O. Box 520
Gonzales, LA 70707

Farwest Corrosion Control
12029 Regentview Avenue
Downey, CA 90241

Faucheux Services, Inc.
Post Office Box 70
Baldwin, LA 70514

First Insurance Funding Corp.
P.O. Box 66468
Chicago, IL 60666

Flashpoint
2690 Cobb Pkwy,
Suite A5- 386
Smyrna, GA 30080

Florida Marine Aggregate
2360 5th St.
Mandeville, LA 70471

Fort Bend County Toll Road Authority
16107 Kensington Dr.
Sugar Land, TX 77479

Frank Lorenzo Jr.
3669 Inwood Avenue
New Orleans, LA 70131

Freedom Energy Solutions, LLC
P.O. Box 3792
Houma, LA 70361

Frogco Amphibious Equipment
P.O. Box 3681
Houma, LA 70361

Fuelman
P.O. Box 105080
Atlanta, GA 30348

Fundzini, LLC
325 Division Ave.
Suite 201
Brooklyn, NY 11211

G & F Sporting Center
2340 Hwy 182
Raceland, LA 70394

G & G Hydraulic
P.O. Box 559
Westwego, LA 70096

G Marine, Inc.
4952 Madaline Lane
Lafitte, LA 70067

GCO Supply, Inc.
P.O.Box 850638
Mobile, AL 36685

GEMCAP Lending, LLC
24955 Pacific coast Hwy
Ste. A202
Malibu, CA 90265

GIS
18838 LA 3235
Galliano, LA 70354

GMC Electrical
2027 E. Cedar Street
Ontario, CA 91761

GOL, LLC
P.O. Box 309
Raceland, LA 70394

Galvotec Corrosion Serives
6712 S. 36th Street
Mcallen, TX 78503

Gardner Realtors
13371 Highway 90
Suite B
Boutte, LA 70039

Gary Angelette
114 Alpine Drive
Pinola, MS 39149

Gary Champagne
P.O. Box 278
Boutte, LA 70039

Gary Plaisance
2746 Bayou Blue Rd. Lot 2
Houma, LA 70364

Gator Crane Services, LLC
1107 W Tunnel Blvd.
P.O. Box 3298
Houma, LA 70361

Gator Point Kennels
60 Ryals Road
Tylertown, MS 39667

Gator Rigging, Inspection, Testing and Supply
9607 Highway 182 E
Morgan City, LA 70380

Gaubert Oil
P.O. Box 310
Thibodaux, LA 70302

Gaudet Electric LLC
2018 South Bayou Dr
Golden Meadow, LA 70357

Geaux Pass
1821 S. Alex Plaisance Blvd.
Golden Meadow, LA 70357

George Miller Jr.
21273 Dutch Road
Franklinton, LA 70438

Gerald Beasley
506 Island Drive
West Monroe, LA 71291

Good Loans
2351 W 3rd Street
Los Angeles, CA 90057

Grabert & Son Motor Service,Inc
P.O. Box 1044
Houma, LA 70361

Grainger
5366 LA-311
Houma, LA 70360

Grand Isle Rent
533-G Versailles Blvd.
Alexandria, LA 71303

Green Equipment Company
2563 Gravel Drive
Fort Worth, TX 76118

Greenville Family Medical CTR, INC.
1467 HWY 1 South
Greenville, MS 38701

Ground Penetrating Radar Systems Inc.
7540 New West Road
Toledo, OH 43617

Guardian
P.O. Box 677458
Dallas, TX 75267

Gulf Coast Bank & Trust
200 St. Charles Avenue
New Orleans, LA 70112

Gulf Coast Orthopedic
1001 School St
Houma, LA 70360

Gulf Coast Surgery Center
402 Dunn St
Houma, LA 70360

Gulf Island Steel Sales
P.O. Box 120162
Dallas, TX 75312

Gulfco of Louisiana, LLC
P.O. Box 320001
Flowood, MS 39232

H & E Equipment Exchange, LLC
P.O. Box 849850
Dallas, TX 75284

Haag & Trammell, Inc.
200 Ridgelake Drive
Metairie, LA 70001

Hall Tank Company
P.O. Box 5787
North Little Rock, AR 72119

Hanos Excavators, Inc.
1239 Devonshire Place
Greenville, MS 38701

Harbor Freight Tools
Harbor Freight Tools #100
Metairie, LA 70003

Harbor Freight Tools
6409 Airline Dr
Metairie, LA 70003

Harris Rebar Nufab LLC
250 Stone Road
Slidell, LA 70459

Hartman's Ag Service,Inc.
7486 Hwy 308
Lockport, LA 70374

Hartmans True Value Hardware
13171 US-90
Boutte, LA 70039

Hayden C. Anselmi
P.O. Box 182
Larose, LA 70373

Heath Legendre
165 Star B Lane
Lockport, LA 70374

Heavy Duty Parts & Equip
6145 River Road
Harahan, LA 70123

Helanbak, LLC
1501 Hwy 13 North
Columbia, MS 39429

Herc Rentals, Inc
27500 Riverview Center Blvd.
Bonita Springs, FL 34134

High Five Group
1279 49th Street
Brooklyn, NY 11231

Hobson Galvanizing
2402 Engineers Rd
Belle Chasse, LA 70037

Hoffman King III
847 Bayou DuLarge Road
Houma, LA 70363

Home Depot
1881 Grand Caillou Road
Houma, LA 70363

Home Depot U.S.A., INC.
2455 Paces Ferry Road
Atlanta, GA 30339

Houma Bearing
1881 Grand Caillou Road
Houma, LA 70363

Houma Tractor
165 Simmons Drive
Houma, LA 70363

Houston Specialty Ins
Post Office Box 1347
Shreveport, LA 71164

Houston Specialty Insurance Co
800 Gessner Rd
6th Floor
Houston, TX 77024

Hughes Network Systems, LLC
P.O. Box 96874
Chicago, IL 60693

Humana
P.O. Box 648
Carol Stream, IL 60132

Hydradyne, LLC
P.O. Box 974799
Dallas, TX 75397

Hydradyne, LLC
2801 Peters Rd
Harvey, LA 70058

Hydradyne, LLC
2000 Grand Caillou Rd
Houma, LA 70363

Hydradyne, LLC
1019 Rankin Rd
Houston, TX 77073

Hydraulics Plus, Inc
128 North Hollywood Road
Houma, LA 70364

Hydro Spy LLC
P.O. Box 300247
Houston, TX 77230

IPFS Corp.
P.O. Box 412086
Kansas City, MO 64141

ISN Software Corp.
P.O. Box 841808
Dallas, TX 75284

Industrial Solutions Group
P.O. Box 3729
Houma, LA 70361

Infinite Energy
P.O. Box #71247
Charlotte, NC 28272

Internal Revenue Service
P.O. Box 145595
Cincinnati, OH 45250

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

International Corrosion Services
2424 Edenborne Avenue
Suite 610
Metairie, LA 70001

Interstate Plastics
122 Corporate Way
Pelham, AL 35124

Intuit-Quickbooks
2632 Marine Way
Mountain View, CA 94043

Investar Bank
10500 Coursey Boulevard
3rd Floor
Baton Rouge, LA 70816

Investar Bank
P.O. Box 83079
Baton Rouge, LA 70884

Iron Oxide Corrosion Consulting, LLC
12127 Coldwater Cove, Lane
Cypress, TX 77433

J & B General Consulting, LLC
P.O. Box 361
Cut Off, LA 70345

J & H Trucking, Inc.
P.O. Box 35
Vaiden, MS 39176

J & K Printing
P.O. Box 506
13412 Highway 90, Suite B
Boutte, LA 70039

J Ledet's
166 Sandra Street
Larose, LA 70373

J. Wayne Plaisance, Inc.
131 E 91st Street
Cut Off, LA 70345

JaRo, Inc.
118 Cantrelle Drive
Raceland, LA 70394

Jag Vehicle
580 Dickinson Road
Unit F
Alvin, TX 77511

Jake's
14001 Highway 90
Raceland, LA 70394

James Barker
14117 East Main Street
Cut Off, LA 70345

James Winkler
4160 Silver Drive
Mccomb, MS 39648

Jared Pannell
12127 Coldwater Cove Ln
Cypress, TX 77433

Jerrel J. Brunet, Jr.
13425 East Mais St.
Larose, LA 70373

Joe's Auto Repair
1007 East Robb Street
P.O. Box 232
Summit, MS 39666

Joe's Septic Contractors, Inc
P.O. Box 336
Cut Off, LA 70345

Joey's Mini Storages, LLC
5596 Highway 1
Lockport, LA 70374

John A. Mulryan Jr.
P.O. Box 1589
Anahuac, TX 77514

John Adam Robertson
13009 Willow Drive
Columbia, MS 39429

John Deere Financial
P.O. Box 650215
Dallas, TX 75265

John Haile
909 Wiona Drive
Mandeville, LA 70471

John McCann
3687 Avant Loop
Georgiana, AL 36033

Johnny Adams
5264 Highway 1
Raceland, LA 70394

Johnny Boudoin
P.O. Box 361
Cut Off, LA 70345

Jonathan D. Theriot
126 Oakview Drive
Houma, LA 70364

Jordan McSwain
39274 Howes Cemetery Rd.
Ponchatoula, LA 70454

Joseph Rochelle, Attorney at Law
100 Avenue of Oaks
Destrehan, LA 70047

Justin Johnson
1967 Douglas Trace
Brookhaven, MS 39601

K&K Marine, LLC
P.O. Box 1502
Amelia, LA 70340

Kabbage Inc.
925B Peachtree Street NE
Suite 1688
Atlanta, GA 30309

Kaizen Consulting, Inc.
P.O. Box 243
Boutte, LA 70039

Keith Lutz
2300 11th Street
Harvey, LA 70058

Kenneth Stogner
1955 Hwy 48E
Sandy Hook, MS 39478

Kent Enterprise
P.O. Box 195
Fluker, LA 70436

Kentwood
P.O. Box 660579
Dallas, TX 75266

Kenworth of Louisiana
3699 West Park Avenue
Gray, LA 70359

Keown Water Station
4300 E.C.R. 120
Midland, TX 79706

Kevin Legleu
1417 Oakley Street
Thibodaux, LA 70301

Kevin Welding Service
253 West 107th St.
Cut Off, LA 70345

Kim Susan, Inc.
13334 West Main Street
Larose, LA 70373

Kirk St. Pierre
13055 Highway 1
Larose, LA 70373

Kobi Marine Services & Rental
187 W. 103rd Street
Highway 3235
Cut Off, LA 70345

Kristi Hebert
237 Guidry Street
Bourg, LA 70343

Kyle Loupe
1758 Highway 307
Thibodaux, LA 70301

L & A Trucking
P.O. Box 667
Galliano, LA 70354

L & B Transport
P.O. Box 74870
Baton Rouge, LA 70874

LF1 Enterprises
13451 Highway 90
Boutte, LA 70039

LIV Transport, LLC
189 Modern Farms Road
Westwego, LA 70094

LWCC- Workers Comp
2237 S. Acadian Thruway
Baton Rouge, LA 70808

Lafourche Animal Hospital
1313 Highway 1
Thibodaux, LA 70301

Lafourche Fabrication
2438 Highway 1
Raceland, LA 70394

Lafourche Gazette
P.O. Drawer 1450
Larose, LA 70373

Lafourche Gazette
12958 E. Main Street
Larose, LA 70373

Lafourche Motor Company, LLC
P.O. Box 10
Lockport, LA 70374

Lafourche Parish (Galliano Office)
16241 East Main
Suite B
Cut Off, LA 70345

Lafourche Parish (Matthews Office)
4876 Highway 1
Mathews, LA 70375

Lafourche Parish (Thibodaux Office)
402 Green Street
Thibodaux, LA 70301

Lafourche Parish Sheriff
P.O. Box 5608
Thibodaux, LA 70302

Lafourche Soccer Club
4049 LA-1
Raceland, LA 70394

Lake Area Electrical & Tech Serv.
P.O. Box 13300
Lake Charles, LA 70612

Lance Crawford
P.O. Box 61
Lacombe, LA 70445

Landry's Lumber
400 Sugarhouse Road
Luling, LA 70070

Landry's Outboard Motors & Repair Service LLC
4428 US-90
Des Allemands, LA 70030

Laris Insurance Agency
P.O. Box 559
Lockport, LA 70374

Larose Truck Stop
11825 Highway 308
Lockport, LA 70374

Laurel Hill Hunting Club
148 Col. John Pitchford Pkwy
Natchez, MS 39120

LeBlanc Brothers
P.O. Box 13
Paincourtville, LA 70391

LeBlanc Sewage and Plumbing
15470 Hwy 3235
Cut Off, LA 70345

Lebro Construction, Inc.
129 Carruth Cemetery Lane
Greensburg, LA 70441

Ledets
166 Sandras Street
Larose, LA 70373

Ledets
12085 Highway 1
Larose, LA 70373

Lenard Services, LLC
P.O. Box 517
West Monroe, LA 71294

Lend Spark
2554 Gateway Road
Carlsbad, CA 92009

Leon Duplessis & Sons Inc.
11214 LA-23
Belle Chasse, LA 70037

Leonard J. Chauvin P.E., P.L.S., Inc.
627 Jackson Street
Thibodaux, LA 70301

Let Us Answer
905 S. Lewis Sreet
Raceland, LA 70394

Liberty, LLC
3103 Cypress St.
Suite 3, #260
West Monroe, LA 71291

Liquidity Resource, Inc
3350 SW 148th Avenue
Hollywood, FL 33027

Lirette Dirt Service, LLC
5644 HWY 56
Chauvin, LA 70344

Lockport Exxon
407 Crescent Avenue
Lockport, LA 70374

Lockport Farm Market and Building Supplies
P.O. Box 517
Lockport, LA 70374

Loresco, Inc.
421 J M Tatum Industrial Park Dr.
Hattiesburg, MS 39401

Louisiana CAT
P.O. Drawer 536
Reserve, LA 70084

Louisiana Concrete Coring & Sawing, Inc.
P.O. Box 2934
Lafayette, LA 70502

Louisiana Concrete Coring & Sawing, Inc.
2215 W. Willow Street
Scott, LA 70583

Louisiana Delta Marine LLC
11562 Highway 1
Larose, LA 70373

Louisiana Department of Revenue
P. O. Box 66658
Baton Rouge, LA 70896

Louisiana Department of Transportation
1201 Capitol Access Road
Baton Rouge, LA 70802

Louisiana Department of Wildlife & Fisheries
2000 Quail Drive
Baton Rouge, LA 70898

Louisiana Department of Wildlife & Fisheries
P.O. Box 14796
Baton Rouge, LA 70898

Louisiana Machinery
P.O. Drawer 536
Reserve, LA 70084

Louisiana Office of Motor Vehicles
7979 Independence Blvd.
Baton Rouge, LA 70806

Louisiana Office of Motor Vehicles
P.O. Box 64886
Baton Rouge, LA 70896

Louisiana State Licensing Board for Contracto
2525 Quail Drive
Baton Rouge, LA 70808

Louisiana State Troopers Association
1676A Dallas Drive
Baton Rouge, LA 70806

Louisiana Testing & Inspection Inc
P.O. Box 2934
Lafayette, LA 70502

Louisiana Treated Lumber
723 Webster Street
P.O. Box 368
Kenner, LA 70063

Louisiana Workforce Commission
1001 N. 23rd Street
Baton Rouge, LA 70802

Lowe's
1605 Curtis Bridge Road
Wilkesboro, NC 28697

Lowe's
1000 Lowe's Blvd.
Mooresville, NC 28117

Lutz Welding
2400 11th Street
Harvey, LA 70058

M&L Industires, LLC
1210 St. Charles Street
Houma, LA 70360

M.C. Miller Co.
11640 U.S. Highway 1
Sebastian, FL 32958

MESA
Tulsa, OK 74182

MPS, LLC
P.O. Box 218844
Houston, TX 77218

MS Dept Of Human Services
200 S. Lamar Street
Jackson, MS 39201

MSES Consltants, Inc.
609 West Main Street
P.O. Drawer 190
Clarksburg, WV 26302

Mac McHenry
1057 Laurie Lane
Saint Martinville, LA 70582

Magnolia Mats & Environmental Services
P.O. Box 843
Ackerman, MS 39735

Margan Equipment Rentals
1814 Engineers Road
Belle Chasse, LA 70037

Mark Lewis
6709 Avenue A
New Orleans, LA 70124

Mark's Airboat
1364 Chatsworth Road
Franklin, LA 70538

Martin and Pellegrin, CPAs
103 Ramey Road
Houma, LA 70360

Masse Contracting, Inc.
P.O. Box 203152
Dallas, TX 75320

Matcor, Inc.
20302 Park Row Drive
Suite 100
Katy, TX 77449

McDonald Sanitation Services, LLC
P.O. Box 107
Thibodaux, LA 70302

MediaRite, LLC
P.O. Box 948
Houma, LA 70361

Michael Cheramie Jr.
510 Chester Lee Street
Larose, LA 70373

Michael Zeringue
10364 Highway 1
Lot 1
Lockport, LA 70374

Mid South Diesel, Inc.
36 Lee Avenue
Hattiesburg, MS 39401

MidSouth Bank
102 Versailles Blvd.
P.O. Box 3745
Lafayette, LA 70502

Midnight Advance, LLC
1080 McDonald Ave
Brooklyn, NY 11230

Mike Joffrion
529 St. George Rd.
Schriever, LA 70395

Mike Trouard
9429 Roslyn Drive
River Ridge, LA 70123

Millennium Supply Boats, LLC
810 Crescent Avenue
Lockport, LA 70374

Mission Vacuum & Pump Truck
P.O. Box 1935
Mission, TX 78573

Mississippi Department Of Human Services
P.O. Box 352
Jackson, MS 39205

Mitch's Landscaping and Lawn Care, Inc.
13957 East Main St.
Larose, LA 70373

Morgan City Rentals
125 McCarty Street
Houston, TX 77029

Morgan Equipment Rentals
1814 Engineers Road
Belle Chasse, LA 70037

Morvant's General Repair
4565 Highway 1
Raceland, LA 70394

Mosley Mfg. & Machine Works
P.O. Box 4922
Greenville, MS 38704

Munoz Foundation Drilling Inc
P.O. Box 446
Weslaco, TX 78599

Myles Vicknair
1730 Harvest Drive
Houma, LA 70360

N & N Auto Sales
6955 W. Main Street
Houma, LA 70360

NACE International
1440 South Creek Dr.
Houston, TX 77084

NAPA
500 Shrewbury Road
New Orleans, LA 70121

NFS Leasing, Inc.
900 Cummings Center
Beverly, MA 01915

National Compliance Management Service
P.O. Box 725
Hutchinson, KS 67504

National Employee Screening
2111 Eisenhower Avenue
Suite 300
Alexandria, VA 22314

National Oilwell Varco
P.O. Box 201202
Dallas, TX 75320

National Services Corporation
P.O. Box 12535
Lake Charles, LA 70611

Neely Trucking and Excavating, Inc.
P.O. Box 1245
Florence, MS 39073

Neff Rental
P.O. Box 405138
Atlanta, GA 30384

Neil's Small Engine
13928 West Main
Suite A
Larose, LA 70373

New York Life
634 Village Lane North
Suite 201
Mandeville, LA 70471

Newpark Mats & Integrated Services
P.O. Box 733148
Dallas, TX 75373

Next Wave
5757 Blue Lagoon Drive
Suite 170
Miami, FL 33126

Nicholas W. Bates
280 Waltculpepper Rd.
Laurel, MS 39443

Nobles Road Construction, Inc.
5401 South 1st Street
Abilene, TX 79605

Northern Technologies Int'l
P.O. Box 932212
Cleveland, OH 44193

Northshore Trailer
39362 E Porter's River Rd
Pearl River, LA 70452

Northwestern Mutual
11440 Lake Sherwood
Suite D
Baton Rouge, LA 70816

Nustar Foundation
19003 IH-10 W
San Antonio, TX 78257

O'Drill-MCM
5055 Cranswick Street
Houston, TX 77041

OMS-Drug
144 Valhi Lagoon Crossing
Houma, LA 70360

OQSG - Operator
600 Jefferson Street
Lafayette, LA

Office Depot
1500 Westbank Expressway
Harvey, LA 70058

Office of the U.S. Trustee
400 Poydras Street
Texaco Center, Suite 2110
New Orleans, LA 70130

Olympus NDT, Inc.
P.O. Box #822196
Philadelphia, PA 19182

Origins CF, Inc.
2800 Post Oak
Suite 4100
Houston, TX 77056

Outdoor Express
14252 Highway 90
Boutte, LA 70039

PDI Solutions
P.O. Box 130
Gibson, LA 70356

PICS Auditing, LLC
P.O. Box 51387
Irvine, CA 92619

Pacific Gulf Wire Rope, Inc.
1504 Engineers Road
Belle Chasse, LA 70037

Packard Truck Lines, LLC
P.O. Box1536
Harvey, LA 70059

Parish Truck Sales, Inc.
10459 Airline Highway
Saint Rose, LA 70087

Pat Morgan
312 East 15th Street
Crowley, LA 70526

Patton's Service Company
P.O. Box 120
Ruston, LA 71273

Paul Lozier
1328 LA Avenue
Bogalusa, LA 70427

Paul's Precision Paint
615 East Saint Anne
Hobbs, NM 88240

Pave Plus
315 Brule Guillot Rd.
Thibodaux, LA 70301

Pearsons Trailer
1002 Duncan St
Kenner, LA 70062

Pelican Waste & Debris, LLC
P.O. Box 3694
Houma, LA 70361

Performance Glass Works
P.O. Box 1057
Raceland, LA 70394

Performance Powersports, LLC
1816 Martin Luther King Jr. Blvd.
Houma, LA 70360

Petroquip
P.O. Box 1806
Harvey, LA 70059

Pheumatic Specialties
829 Saadi Street
Houma, LA 70363

Philip C. Boudreaux III
1021 9th Street
Gretna, LA 70053

Phillip Harmon
242 Plaisance Drive
Raceland, LA 70394

Pike County Court
P.O. Box 509
2109 Jesse Hall Mem Rd.
Magnolia, MS 39652

Pinch Flatbed, Inc.
18515 Aldine Westfield Rd
Houston, TX 77073

Pitrebilt, LLC
P.O. Box 541
Cut Off, LA 70345

Plaisance Dragline & Dredging Co., Inc.
P.O. Box 578
Golden Meadow, LA 70357

Pneumatic Specialties
829 Saadi St.
Houma, LA 70363

Port Marine Vac Service, Inc.
256 Thompson Road
Houma, LA 70363

Powerplan
21310 Network Place
Chicago, IL 60673

Prejeant Trucking, LLC
184 Cedar Grove Road
Labadieville, LA 70372

Pressure Quip, LLC
209 Venture Blvd.
Houma, LA 70360

Primoris Mechanical Contractors
1010 County Rd. 59
Rosharon, TX 77583

Progressive Insurance
P.O. Box 105428
Atlanta, GA 30348

Providence Engineering & Design, LLC
1201 Main Street
Baton Rouge, LA 70802

Puckett Machinery Company
P.O. Box 321033
Flowood, MS 39232

Qualification Solutions Group
P.O. Box 3729
Houma, LA 70361

Quality Engineering & Surveying, LLC
18350 LA Highway 42
Denham Springs, LA 70726

Quality Fab & Mechanical
10308 E Airline Hwy
Saint Rose, LA 70087

Quality Printing & Embroidery, LLC
P.O. Box 69
Galliano, LA 70354

Quality Sitework Materials
P.O. Box 640490
Kenner, LA 70064

QuarterSpot, Inc.
333 7th Avenue
Suite 1402
New York, NY 10001

REECO Rental & Supply, Inc
P.O. Box 5801
Thibodaux, LA 70302

RL Doskocil, Inc
P.O. Box 505
Crosby, TX 77532

Raceland AG
3932 LA 308
Raceland, LA 70394

Raceland Auto Center
3913 Highway 308
Raceland, LA 70394

Rainbow Rental & Fishing Tools, Inc.
P.O.Box 6533
Laurel, MS 39441

Raleigh Dardar
141 West 137th Street
Cut Off, LA 70345

Ram Tool Construction Supply Co.
10131 West Airline Highway
Saint Rose, LA 70087

Randy Moertle and Associates, Inc.
1008 Mar Drive
Lockport, LA 70374

Rapid Drilling
P.O. Box 81277
Lafayette, LA 70598

Ray Collins
11872 LA 308
Larose, LA 70373

Rayborn Drilling
692 US-61
Natchez, MS 39120

Rebstock
18708 W Main Street
Galliano, LA 70354

Redhawk Industrial Services, LLC
7389 Florida Blvd.
Suite 200C
Baton Rouge, LA 70806

ReliaPOLE Inspection Services Company
32628 Decker Prairie Road
Suite 1
Magnolia, TX 77355

Reliable Tire & Truck
1494 Highway 90
Raceland, LA 70394

Renovations, Inc.
16815 East Main Street
Cut Off, LA 70345

Resource Leasing
1501 Hamburg Turnpike
Suite 301
Wayne, NJ 07470

Retif Oil & Fuel
P. O. Box 919138
Dallas, TX 75391

Revolution Machine, LLC
609 East Main St.
Lockport, LA 70374

Richard Miranda Jr.
423 Azalea Dr.
Baytown, TX 77520

Rickey Foret
116 Central Lafourche Dr.
Raceland, LA 70394

Robert P. Cuccia
311 Goode Street
Houma, LA 70360

Rodco Trucking
P.O. Box 1739
Raceland, LA 70394

Rodney Peugh
P.O. Box 871
Jal, NM 88252

Roger E. Braud
305 Marcello Blvd.
Thibodaux, LA 70301

Rogers, Carter, & Payne
4415 Thornhill Avenue
Shreveport, LA 71106

Ronnie Lutz
2221 Timbers Dr.
Harvey, LA 70058

Ronnie's Airboats Unlimited, LLC
9070 Frontage Road
Franklin, LA 70538

Ronnie's Airboats Unlimited, LLC
9070 Frontage Rd
Centerville, LA 70522

Rouse's Enterprises, L.L.C.
1301 St. Mary Street
Thibodaux, LA 70301

Roy Love
P.O. Box 1064
Hahnville, LA 70057

Roy's Body Shop
193 Buchannan St.
Larose, LA 70373

Ryals Investments LLC
3323 Sherbrooke Lane
Harvey, LA 70058

Ryan Pitre Trucking
P.O. Box 541
Cut Off, LA 70345

S & E Fabrication, LLC
P.O. Box 322
Simsboro, LA 71275

S.J. Blue Guercio Contracting and Excavating
P.O. Box 236
White Castle, LA 70788

S.J.T., Inc. (Mr. Sal)
1209 Airline Park Blvd.
Metairie, LA 70003

S.T.A.T. Waste Stream Services, Inc.
P.O. Box 107
Houma, LA 70361

SAIA
P.O. Box 730532
Dallas, TX 75373

SBL Construction
2600 S. Alex Plaisance Blvd.
Golden Meadow, LA 70357

SLHS
P.O. Box 1369
Cut Off, LA 70345

SOS Capital
540 Madison Avenue
New York, NY 10022

SPS-Construction, Repair, and Restoration
942 Highway 90 East
Raceland, LA 70394

Safety & Training Consultants
219 Venture Boulevard
Houma, LA 70360

Safety Plus
4254 Halls Mill Road
Mobile, AL 36693

Sams Club
2174 Martin Luther King Blvd.
Houma, LA 70360

Sarah Hall
41260 Hwy 445
Ponchatoula, LA 70454

Scott Lee
P.O. Box 264
Cut Off, LA 70345

SeaLevel Construction, Inc.
P.O. Box 1037
Thibodaux, LA 70302

Sean Bartholomew
208 East 48th Street
Cut Off, LA 70345

Select Office Systems
P.O. Box 11777
Burbank, CA 91510

Service Electric
P.O. Box 2000
Kilgore, TX 75663

Seven Oaks Capital Associates, LLC
P. O. Box 4869
Houston, TX 77210

Shallow Water Equipment
P.O. Box 5682
Thibodaux, LA 70302

Shamrock Vacuum Service
P.O. Box 476
Daisetta, TX 77533

Shane Thibodaux
133 East 50th Street
Cut Off, LA 70345

Sheffield Financial
P.O. Box 580229
Charlotte, NC 28258

Ship-N-Geaux
213 Saint Mary St.
Thibodaux, LA 70301

Slats Lucas Aggregates, LLC
P. O. Box 572
Hattiesburg, MS 39403

Songy's Sporting Goods, Inc.
3044 Barrow Street
Houma, LA 70360

Sonny Blackard
1068 Highway 1
Thibodaux, LA 70301

South Lafourche High School
P.O. Box 1369
Cut Off, LA 70345

South Louisiana Bank
1362 W. Tunnel Blvd
Houma, LA 70361

South Louisiana Testing & Inspection
129 Business Court
Houma, LA 70360

South Star Capital
830 Lowcountry Blvd.
Suite 201
Mount Pleasant, SC 29464

Southeast Rubber & Safety
P.O. Box 1568
Chattanooga, TN 37401

Southern Glass of Lafourche, Inc.
P.O. Box 747
Cut Off, LA 70345

Southern Mud Motors, LLC
780 East Main Street
Lockport, LA 70374

Southern Pipe & Supply
P.O. Box 17786
Tupelo, MS 38802

Southern Signs & Designs
634 Highway 308
Thibodaux, LA 70301

Southern Trailer Works, LLC
633 Highway 308
Thibodaux, LA 70301

Southern Wire
1630 Highway 90 E
Raceland, LA 70394

Southstar Financial, LLC
900 Wando Park Blvd
Mount Pleasant, SC 29464

Spangler Engineering, LLC
214 Southwest Railroad Ave.
Hammond, LA 70401

Specialty Polymer Coat Sportsman's Cycle & Ma
708 Brashear Ave.
Morgan City, LA 70380

Spots & Specks Charters, LLC
18120 W. Main
Galliano, LA 70354

Sprint
P.O. Box 54977
Los Angeles, CA 90054

St. Charles Parish
15045 River Road
P.O. Box 302
Hahnville, LA 70057

Stacy Smith
10330 S. Morning View
Santa Fe, TX 77510

Stallion Construction
P.O. Box 842364
Dallas, TX 75284

State Bank & Trust
P.O. Box 745
Raceland, LA 70394

State Farm Bank
P.O. Box 3299
Milwaukee, WI 53201

State Machinery
P.O. Box 1789
Kenner, LA 70063

Stateline Vacuum Services, LLC
P.O. Box 229
Haynesville, LA 71038

Steel Supply, L.P.
10600 Telephone Road
Houston, TX 77075

Stephon Robichaux
1112 High Street
Houma, LA 70360

Steven Hall
695 South 4th St
Ponchatoula, LA 70454

Stitch-N-Time
121 Abel Street
Lockport, LA 70374

Stringer's Oilfield Service, Inc.
P.O. Box 471
Columbia, MS 39429

Submar Inc.
P.O. Box 4417
Houma, LA 70361

Sugarland Hardware
4560 Highway 1
Suite 1B
Raceland, LA 70394

Summit Electric Supply Co., Inc.
2900 Stanford Drive NE
Albuquerque, NM 87107

Sunbelt Rentals Inc.
P.O. Box 409211
Atlanta, GA 30384

Sunshine Quality Solutions, LLC
1524 Ridgefield Road
Thibodaux, LA 70301

Superior Shipyard & Fabrications, Inc.
20987 Highway 1
Golden Meadow, LA 70357

T-Rex Services
P.O. Box 925067
Houston, TX 77292

TCA Capital
777 3rd Avenue
New York, NY 10017

TEAM Professional Services, Inc.
P.O. Box 720534
Norman, OK 73070

TJ's Shell Station d/b/a Carols Shell
P.O. Box 523
Lockport, LA 70374

TPS Alert, LLC
8165 S. Mingo Road
Suite 100
Tulsa, OK 74133

TWIC
2544 Williams Blvd.
Kenner, LA 70062

TXU Energy
P.O. Box 650638
Dallas, TX 75265

Tab Bank
4185 Harrison Blvd.
Suite 200
Ogden, UT 84403

Tank Specialties LLC
P.O. Box 731152
Dallas, TX 75373

Tatco Machine & Repair
1953 Grand Caillou Rd
Houma, LA 70363

Tax Guard, Inc
1750 14th Street
Boulder, CO 80302

Taylor J Champagne
197 Blue Ridge Drive
Gray, LA 70359

Teal Water Services MCI, LLC
3517 North 6th Street
Abilene, TX 79603

Terrebonne Ford
339 St. Charles Street
Houma, LA 70360

Terrebonne Parish
P. O. Box 2768
Houma, LA 70361

Terrel Hebert
237 Guidry St.
Bourg, LA 70343

Terry's Bits and Machine Shop
360 Pine Grove Church Road
Foxworth, MS 39483

Texas Alcohol and Drug Testing Service
16903 Red Oak Drive
Suite 130
Houston, TX 77090

Texas Comptroller
111 E. 17th Street
Austin, TX 78774

Texas Rent
3502 Warren Rd
Pearland, TX 77584

Texas Workforce Commission
101 E. 15th Street
Room 570
Austin, TX 78778

The Rent Zone, LLC
P.O. Box 503
Boutte, LA 70039

Thomas Barker
14117 East Main Street
Cut Off, LA 70345

Thomas Fortenberry
145 Sunny Acers Street
Lockport, LA 70374

Thompson Brothers Drilling, Inc.
538 Moselle Seminary Rd.
Moselle, MS 39459

Tidewater Dock Inc.
P.O. Box 580
Galliano, LA 70354

Tim's Repair Service
60012 Little Road
Smithville, MS 38870

Tire Kingdom
P.O. Box 406010
Atlanta, GA 30384

Titanium Electrode Products Inc.
P.O. Box 2467
Stafford, TX 77497

Tod Baudoin
399 North Carol St.
Lockport, LA 70374

Todd Baudoin
399 North Carol Street
Lockport, LA 70374

Toler Wrecker Service & Recovery
1557 Highway 1 North
Greenville, MS 38703

Tom Griffith
320 Mayson Street
Columbia, MS 39429

Total Instrument & Electrical Services
P.O. Box 3742
Lafayette, LA 70502

Total Safety U.S., Inc.
P.O. Box 654171
Dallas, TX 75265

Tower Loan of Houma
814 Grand Caillou Road
Suite 16
Houma, LA 70363

Trident Supply LLC
3830 Euphrosine St.
New Orleans, LA 70125

Triple B Construction
P.O. Box 196
Vacherie, LA 70090

Triple Son Wholesale Timbers
14136 Hwy 3235
P.O. Box 338
Cut Off, LA 70345

Tubing & Metric Hydraulice, Inc.
P.O. Box 2496
Alvin, TX 77512

TxTag
P.O. Box 650749
Dallas, TX 75265

U.S. Attorney, EDLA
650 Poydras Street
Suite 1600
New Orleans, LA 70130

U.S. Department of Transportation
1200 New Jersey Ave. S.E.
Washington, DC 20590

U.S. Securities and Exchange Commission
950 East Paces Ferry Road
Suite 900
Atlanta, GA 30326

UES Enrollment Center
Building 8045
309 Goode Street, Suite A
Houma, LA 70360

US Fusion & Specialty Construction
2324 S. Commerce Ave.
Gonzales, LA 70737

Uline
P.O. Box 88741
Chicago, IL 60680

UniFirst Holdings, Inc
2744 Lexington Avenue
Kenner, LA 70062

United Rentals
P.O. Box 840514
Dallas, TX 75284

United Site Services of Mississippi
P.O. Box 660475
Dallas, TX 75266

United States Treasury
Ogden, UT 84201

United Vision Logistics
P.O. Box 975357
Dallas, TX 75397

United Way for South Louisiana
600 Academy Street
Houma, LA 70360

UnitedHealthcare
P.O. Box 94017
Palatine, IL 60094

Universal Premium-Fuelman
P.O. Box 923928
Norcross, GA 30010

Universal Rectifiers, Inc.
P.O. Box 1640
Rosenberg, TX 77471

Vacuum Services Group
P.O. Box 2303
Gulfport, MS 39505

Vaiden Farm Supply
420 Court Street
Vaiden, MS 39176

Vecta Environmental Services, LLC
P.O. Box 1787
Gonzales, LA 70707

Veriforce
1575 Sawdust Road
Suite 600
Spring, TX 77380

Viasat (Exede) Internet
6155 El Camino Real
Carlsbad, CA 92009

Viasat Communications (EXEDE)
6155 El Camino Real
Carlsbad, CA 92009

Vinces Auto Repair
P.O. Box 1270
Boutte, LA 70039

Viper Valve and Supply, LLC
P.O.Box 697
Schriever, LA 70395

Vulcan Construction Materials, LLC
P.O. Box 101131
Atlanta, GA 30392

W & O Supply Inc.
P.O. Box 933067
Atlanta, GA 31193

WG Financial
141 North East 3rd Avenue
Miami, FL 33132

Waggaman Auto
335 Dandelion Drive
Westwego, LA 70094

Waguespack Oil Company, Inc.
P.O. Box 326
Thibodaux, LA 70302

Waste Management
P.O.Box 43350
Phoenix, AZ 85080

Waste Management of Louisiana, L.L.C.
1001 FANNIN STREET
Houston, TX 77002

Waste Management of Louisiana, L.L.C.
3867 Plaza Tower Drive
Baton Rouge, LA 70816

Waste Management of Louisiana, L.L.C.
5615 Corporate Boulevard
Suite 400B
Baton Rouge, LA 70808

We HotShot
P.O. Box 9313
Longview, TX 75608

West Jeff Industrial Medicine
107 Wall Blvd.
Suite A
Gretna, LA 70056

Westlake Financial
P.O. Box 54807
Los Angeles, CA 90054

Wilco Manufacturing, LLC
P.O. Box 80829
Lafayette, LA 70598

Wingfoot
300 Edwards Avenue
New Orleans, LA 70123

Winzer Corp.
P.O. Box 671482
Dallas, TX 75267

Wood Family Properties
273 Walnut Street
P.O. Box 1069
Colorado City, TX 79512

World Business Lenders
101 Hudson Street
33rd Floor

World Global Financing, Inc
141 North East 3rd Avenue
Miami, FL 33132

XPO Logistics Freight, Inc
P.O. Box 5160
Portland, OR 97208

Yak Mat
2438 Hwy 98 E
Columbia, MS 39429

Yellow Pages United
P.O. Box 53282
Atlanta, GA 30355

Yellowstone Capital
1177 W Loop S
Houston, TX 77027

Yull Mack
13859 East Main
Larose, LA 70373

Zeringue Law Group
P.O. Box 759
Thibodaux, LA 70302

Zerust Oil & Gas
4201 Woodland Road
Circle Pines, MN 55014

Zydeco's II
13228 Highway 90
Boutte, LA 70039

United States Bankruptcy Court

Eastern District of Louisiana

In re:  Southern Pipeline Services LLC

Case No.  19-

Chapter    7

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  _____09/26/2019_____

/s/ Corey Zeringue
_____
Signature of Individual signing on behalf of debtor

Manager
_____
Position or relationship to debtor